# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., | Case No. 2:16-cv-02193-GMN-GWF |
| Plaintiff, | |
| vs. | **ORDER** |
| ELKHORN COMMUNITY ASSOCIATION, *et al.*, | |
| Defendants. | |

This matter is before the Court on Plaintiff Bank of America's Motion to Stay All Discovery (ECF No. 44), filed on October 23, 2017.

The undersigned has been advised that Chief District Judge Navarro will be entering an order regarding the cases that she administratively stayed pending the exhaustion of all appeals of *Bourne Valley Court Trust v. Wells Fargo Bank*, No. 15-15233 (9th Cir. Aug. 12, 2016). Based on this information, the stay shall remain in effect until Judge Navarro decides otherwise. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff Bank of America's Motion to Stay All Discovery (ECF No. 44) is **granted**.

DATED this 24th day of October, 2017.

GEORGE FOLEY, JR.
United States Magistrate Judge