# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Bank of America, N.A.,

                         Plaintiff,

      v.

Elkhorn Community Association et al

                    Defendant.

**DEFAULT JUDGMENT IN A CIVIL CASE**

Case Number: 2:16-cv-02193-GMN-EJY

___ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

that judgment is entered against Cross-Claim Defendant Demetris E. Moore.

02/26/2020
_____
Date

DEBRA K. KEMPI
_____
Clerk

/s/ A. Reyes
_____
Deputy Clerk