Diana S. Ebron, Esq.
Nevada Bar No. 10580
E-mail: diana@kgelegal.com
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
E-mail: jackie@kgelegal.com
Karen L. Hanks, Esq.
Nevada Bar No. 9578
E-mail: karen@kgelegal.com
Kim Gilbert Ebron
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> ELKHORN COMMUNITY ASSOCIATION; ABSOLUTE COLLECTION SERVICES, LLC; ATC ASSESSMENT COLLECTION GROUP, LLC; VEGALO HOLDINGS, LLC; and SFR INVESTMENTS POOL 1, LLC, <br><br> Defendants. | Case No. 2:16-cv-02193-GMN-EJY <br><br><br> **STIPULATION TO STAY LITIGATION** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada Limited Liability Company, <br><br> Counter-/Cross- Claimant, <br><br> vs. <br><br> BANK OF AMERICA, N.A.; DEMETRIS E. MOORE, an individual; <br><br> Counter-/Cross- Defendants. | |

Bank of America, N.A., ("BANA") and SFR Investments Pool 1, LLC ("SFR") (collectively, the "Parties"), by and through their counsel of record, hereby notify the Court that they have reached an agreement in principle to resolve the claims as to the Parties and that the settlement agreement has been executed by the Parties. Based thereon, the Parties stipulate to stay

- 1 -

litigation for ninety (90) days and request a status check be set. This stay is to allow the parties to perform a condition precedent to the settlement.

The Parties hereby request that the Court vacate all pending deadlines and hearings including but not limited to the hearing on SFR's Motion for Summary Judgment, currently scheduled for March 4, 2020.

| | |
|---|---|
| DATED this 24th day of February, 2020. | DATED this 24th day of February, 2020. |
| **KIM GILBERT EBRON** | **AKERMAN LLP** |
| */s/ Jacqueline A. Gilbert* <br> JACQUELINE A. GILBERT, ESQ. <br> Nevada Bar No. 10593 <br> 7625 Dean Martin Drive, Suite 110 <br> Las Vegas, Nevada 89139 <br> *Attorney for SFR Investments Pool 1, LLC* | */s/ Darren T. Brenner* <br> DARREN T. BRENNER, ESQ. <br> Nevada Bar No. 8386 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, Nevada 89134 <br> *Attorney for Bank of America, N.A.* |

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED** that the parties shall submit dismissal documents no later than May 22, 2020, or else a joint status report informing the Court of the status of settlement.

**IT IS FURTHER ORDERED** that in light of the parties' settlement, SFR's Motion for Summary Judgment, (ECF No. 55), is **DISMISSED without prejudice as moot**.

Dated this 25 day of February, 2020.

_____
Gloria M. Navarro, District Judge
United States District Court

Respectfully submitted by:
KIM GILBERT EBRON

*/s/ Jacqueline A. Gilbert*
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
*Attorneys for SFR Investments Pool 1, LLC*