MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
HOLLY E. WALKER, ESQ.
Nevada Bar No. 14295
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: holly.walker@akerman.com

*Attorneys for plaintiff and counter-defendant*
*Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br>   Plaintiff, <br><br> vs. <br><br> ELKHORN COMMUNITY ASSOCIATION; ABSOLUTE COLLECTION SERVICES, LLC; ATC ASSESSMENT COLLECTION GROUP, LLC; VEGALO HOLDINGS, LLC; and SFR INVESTMENTS POOL 1, LLC, <br><br>   Defendants. | Case No.: 2:16-cv-02193-GMN-EJY <br><br> **STIPULATION AND ORDER DISMISSING ALL REMAINING CLAIMS AND TO RELEASE LIS PENDENS** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company, <br><br>   Counter/Cross-Claimant, <br><br> vs. <br><br> BANK OF AMERICA, N.A. and DEMETRIS E. MOORE, an individual, <br><br>   Counter/Cross-Defendants. | |

Plaintiff and counter-defendant Bank of America, N.A. (**BANA**) and defendant, counterclaimant and cross-claimant SFR Investments Pool 1, LLC stipulate to dismiss (**1**) BANA's claims against SFR and defendant Vegalo Holdings, LLC and (**2**) SFR's counterclaims against BANA

55508972;1

each party to bear its own attorneys' fees and costs.   This stipulation dismisses all remaining claims against all parties such that this matter may be closed, but does not affect SFR's default judgment against cross-claim defendant Demetris E. Moore, entered on February 26, 2020.  (ECF No. 85.)

BANA and SFR further stipulate the lis pendens recorded with the Clark County Recorder on September 29, 2016, as Instrument No. 20160929-0000846, in relation to this action is released.  The release affects title to the property legally described as:

PARCEL I:

LOT FIFTY-FOUR (54) IN BLOCK TWO (2) OF ELKHORN SPRINGS – PARCEL 3D, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 73 OF PLATS, PAGE 25, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

PARCEL II:

A NON-EXCLUSIVE EASEMENT FOR USE AND ENJOYMENT IN AND TO THE ASSOCIATION PROPERTY, WHICH EASEMENT IS APPURTENANT TO PARCEL I,

and more particularly described in the official records of Clark County as APN: **125-16-417-018**.

DATED:  December 21, 2002

| **AKERMAN LLP** | **KIM GILBERT EBRON** |
|---|---|
| */s/ Holly E. Walker, Esq.* | */s/ Jacqueline A. Gilbert, Esq.* |
| MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>HOLLY E. WALKER, ESQ.<br>Nevada Bar No. 14295<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br><br>*Attorneys for plaintiff and counter-defendant Bank of America, N.A.* | DIANA S. EBRON, ESQ.<br>Nevada Bar No. 10580<br>JACQUELINE A. GILBERT, ESQ.<br>Nevada Bar No. 10593<br>KAREN L. HANKS, ESQ.<br>Nevada Bar No. 9578<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br><br>*Attorneys for defendant, counterclaimant and cross-claimant SFR Investments Pool 1, LLC* |

**IT IS SO ORDERED.**
Dated this 22 day of December, 2020.

_____
Gloria M. Navarro, District Judge
United States District Court

2

55508972;1